# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-112-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| AUDREY LAMERE, | |
| Defendant. | |

A revocation hearing was scheduled but not held on July 17, 2018. Having reviewed the record and presided over Ms. Lamere's initial appearance in this matter on June 21, 2018 and the start of the revocation hearing on July 17, 2018 that was not held, the Court finds there is reasonable cause to believe that Ms. Lamere is suffering from a mental disease or defect that renders her unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. Accordingly,

Pursuant to 18 U.S.C. § 4241, defendant Audrey Lamere shall undergo an evaluation to determine her competency to participate in her defense at her revocation hearing.

The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Ms. Lamere will be evaluated. The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated The Clerk is directed to notify the parties and the United States Marshals Service of the entry of this Order.

**DATED** this 2nd day of August, 2018.

_____
John Johnston
United States Magistrate Judge