IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-112-GF-BMM |
| Plaintiff, | |
| vs. | |
| AUDREY LAMERE, | |
| Defendant. | |

On August 2, 2018, the undersigned granted Defendant, Audrey Lamere's (Lamere) Motion for a Psychiatric Exam in open court, (Doc. 58). On October 17, 2018, the Court received notice from I. Jacquez, Warden at Federal Detention Center, SeaTac, Washington, where Lamere is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Lamere is **GRANTED**. The study period will begin on October 3, 2018 and end on November 2, 2018, with the final report submitted to the Court no later than November 19, 2018.

DATED this 18th day of October, 2018.

John Johnston
United States Magistrate Judge