IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-112-GF-BMM |
| Plaintiff, | |
| vs. | |
| AUDREY LAMERE, | |
| Defendant. | |

On August 2, 2018, the undersigned granted Defendant, Audrey Lamere's (Lamere) Motion for a Psychiatric Exam in open court, (Doc. 58). On November 14, 2018, the Court received notice from I. Jacquez, Warden at Federal Detention Center, SeaTac, Washington, where Lamere is being evaluated, requesting a 15-day extension of the evaluation. A 30 day extension was given on October 18, 2018. Accordingly, **IT IS ORDERED** that a 15-day extension of the evaluation of Lamere is **GRANTED**. The study period will end on November 17, 2018 with the final report submitted to the Court no later than December 4, 2018.

DATED this 15th day of November, 2018.

John Johnston
United States Magistrate Judge